AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Oklahoma

**FILED**
OCT 17 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 24-mj-645-SH |
| MICHAEL BRANDON WILLIAMS | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of Sept 26, 2024 and Oct 16, 2024 in the county of Tulsa in the Northern District of Oklahoma, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 912 | False Personation of a Federal Officer or Employee |
| 18 U.S.C. § 922(g) | Felon in Possession of Firearms and Ammunition |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

TFO Robert B. Heidlage, FBI
Printed name and title

Sworn to before me by phone.

Date: 10/17/2024

_____
Judge's signature

City and state: Tulsa, OK

Susan E. Huntsman, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT
## IN THE NORTHERN DISTRICT OF OKLAHOMA

I, Robert B. Heidlage, am a police officer with the Tulsa Police Department (TPD) and have been so employed since 2012. I am currently assigned to the Tulsa Police Department's Special Investigations Division, as a Task Force Officer with the Federal Bureau of Investigation. I have a bachelor's degree in business administration from the University of Science and Arts of Oklahoma.

### Professional Experience

1. I am a federal law enforcement officer as defined under Rule 41(a)(2)(C) and am authorized to request this arrest warrant because I am a government agent who is engaged in enforcing federal criminal laws and I am within the category of officers authorized by the Attorney General to request such a warrant. I have been trained in the recognition of controlled dangerous substances by the Tulsa Police Academy and through informal training received from more experienced officers. I have attended the Advanced Roadside Impaired Driving Enforcement class provided by the Oklahoma Association of Chiefs of Police, the Gangs 101 course provided by the Oklahoma Gang Investigators Association, and DEA Basic Investigator. I have also attended the Association of Oklahoma Narcotic Enforcers conference. During that conference in 2019, I attended training classes, to include; Opioid Overdose Death Investigations, Basic Search Warrant Preparation, and the Use of Cell Phone Information and Analysis to Further Criminal Investigations. I have been involved in

numerous arrests involving controlled dangerous substances. Since becoming a Narcotics Investigator with the Tulsa Police Department, I have been involved in physical and wire surveillance, electronic surveillance, undercover narcotics transactions, the service of search and arrest warrants, and the interviews of multiple drug traffickers and confidential informants.

2. The information contained in this Affidavit in support of arrest warrant for Michael Brandon Williams based on an incident that occurred on September 26, 2024, and the evidence gathered on October 16, 2024. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from witnesses, agents and other law enforcement officers. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of Title 18 U.S.C. § 912 and Title 18 U.S.C. § 922(g) have been committed.

## Probable Cause

3. On September 26, 2024, at approximately 2:23pm, officers with the Bixby, Oklahoma Police Department were radio assigned to the report of a male that was impersonating a federal law enforcement officer at Bixby East Elementary and Intermediate School (11901 E. 131st Street, Broken Arrow, Oklahoma). This location is within Tulsa County, Northern District of Oklahoma. Dispatchers advised officers that they had received information from two witnesses in the

2

school pickup line. The witnesses had seen a white male, wearing a sleeveless shirt and black shorts, that was flashing a badge at people.

4. When the Bixby officers arrived on scene, they spoke to Virginia Klaus, the primary reporting party. Klaus told the officers that the male she had described to dispatch was in the Jeep parked two vehicles behind her. Officers approached the Jeep, bearing Oklahoma license plate ODM252, and instructed the driver to exit the vehicle. He complied, and once he was out of the vehicle, he was detained. Klaus confirmed that he was the male that she had described. The male, later identified as Michael Brandon Williams, refused to answer any questions, or identify himself, and told the officers "I plead the fifth." Bixby Police Officer Sanchez noted that whenever Williams exited the vehicle, he noticed what he believed to be an emergency light bar on the dashboard, a CB radio, and a PA system.

5. Because Williams refused to identify himself, officers informed him that he was under arrest for Obstruction. When they conducted an inventory of his vehicle, prior to tow, officers found that the glove box in the Jeep was locked. They used William's keys to unlock the vehicle and found two fake FBI badges and a pair of handcuffs. The badges were seized and booked into evidence by the Bixby Police Department. They appear to be commercially produced and not homemade.

6. Officers were able to identify William's children and contacted their

3

mother, Dana Williams. Dana Williams provided officers with Michael's identifying information. A record check showed that Michael Brandon Williams (DOB xx/xx/1981) held an expired driver's license out of Texas and was a convicted felon.

7. Virginia Klaus later documented in a written statement that the man (Williams) walked up to her vehicle and told her to move her car. He then displayed a badge that said "FBI" on it. When she asked to take a photograph of the badge he placed it in his pocket, stated "I'll get you", and walked away. He then returned to her vehicle while talking to someone on the phone. Klaus stated that she heard him reading off her license plate number over the phone.

8. Officers also spoke to John McDonald, a witness to the incident. McDonald provided a written statement to the officers describing the incident. McDonald noted that the lady (Klaus) was parked in the pickup line and wasn't pulling forward. McDonald spoke to her and told her that most people move forward. She told him that the posted sign said to not move until 2:15. McDonald returned to his vehicle and saw Williams approach Klaus' car. He stated that he saw Williams say something to Klaus and then display some sort of a badge before returning to his vehicle.

9. A search of William's criminal history showed that he had felony convictions for Robbery and Possession of a Firearm by a Convicted Felon. The Robbery conviction was from December of 2003 out of Miami Dade County, Florida, and the firearm conviction was from June of 2009 in Rockwall County, Texas. I verified that

4

Williams is not a Special Agent or an employee of the Federal Bureau of Investigation.

10. The report prepared by the Bixby Police Department showed that Williams lived at 8910 E. 133rd Place, Bixby, Oklahoma. On October 1, 2024, agents conducted surveillance at that location and observed a Jeep Wrangler, bearing Oklahoma license plate ODM252, parked in the driveway, among other vehicles.

11. On October 4, 2024, at 12:00pm, the Honorable Susan E. Huntsman, U.S. Magistrate Judge for the Northern District of Oklahoma signed a search and seizure warrant for William's person and his residence at 8910 E. 133rd Place, Bixby OK. Members of the FBI's Safe Streets Task Force (SSTF) in Tulsa, OK served those search warrants on October 16, 2024.

12. At approximately 8:15 am, SSTF officers executed the search warrant at 8910 E. 133rd Place, Bixby, Oklahoma. Bixby Police officers had previously conducted a traffic stop of Williams and detained him. Williams provided a key to the front door of the residence and told SSTF officers that no one would be located inside the house. Officers used the key provided by Williams to unlock the front door and enter the residence. No one was located inside.

13. During a search of the residence, law enforcement located the following items in the master bedroom;

    i. M&P AR-15 semi-automatic rifle, serial number SV9305;

    ii. 16 boxes of .223 ammunition and two loaded AR-15 magazines;

5

    iii. Four (4) loaded Glock 36 magazines;

    iv. Ammunition can containing rounds of ammunition;

    v. .308 caliber bolt action rifle;

    vi. Glock 36 semi-automatic handgun, serial number SRU412;

    vii. Four (4) tactical vests;

    viii. Body camera;

    ix. HP laptop, serial number SCD53605X2.

14. Law enforcement also located the following items in Williams' Jeep that was parked in the driveway;

    i. Handcuffs;

    ii. Dash camera;

    iii. Red and blue light bar in the front windshield (facing forward).

15. Alcohol, Tobacco, and Firearms (ATF) Special Agent Brett Williams responded to 8910 E. 133rd Place, Bixby OK and evaluated the firearms located. He stated that the firearm and ammunition were not manufactured in the state of Oklahoma and therefore have traveled in interstate or foreign commerce to have been located at the residence.

16. Williams was booked into the Tulsa County Jail with a hold for FBI.

## Conclusion

17. Based on the foregoing, I submit that probable cause exists to believe Michael Brandon Williams, falsely impersonated a Federal Officer or Employee, in violation of Title 18, United States Code, Section 912, and possessed a firearm by a prohibited person, in violation of Title 18, United States Code, Section 922(g). I respectfully request that a warrant for the arrest of Michael Brandon Williams be issued.

Respectfully Submitted,

_____
Task Force Officer Robert B. Heidlage
Federal Bureau of Investigation

Subscribed and sworn to by phone on October  17 , 2024.

_____
Susan E. Huntsman
United States Magistrate Judge

7